**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Southern Pacific Janitorial Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3512298 |

4. **Debtor's address**

**Principal place of business**

**393 Athol St, Suite 8**
**San Bernardino, CA 92401**
Number, Street, City, State & ZIP Code

**San Bernardino**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Southern Pacific Janitorial Group, Inc.**                                    Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

       ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor   **Southern Pacific Janitorial Group, Inc.**                                 Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 26, 2017**
                MM / DD / YYYY

**X** **/s/ Almirante Perez, Preseident**                **Almirante Perez, Preseident**
Signature of authorized representative of debtor         Printed name

Title _____

---

**18. Signature of attorney**

**X** **/s/ Michael Jay Berger**                Date **October 26, 2017**
Signature of attorney for debtor                MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    310-271-6223        Email address    michael.berger@bankruptcypower.com

**100291**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name          **Southern Pacific Janitorial Group, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Resolution**
  **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 26, 2017**          *X* **/s/ Almirante Perez, Preseident**
                                             Signature of individual signing on behalf of debtor

                                             **Almirante Perez, Preseident**
                                             Printed name

                                             _____
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **Southern Pacific Janitorial Group, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alberto Lopez 1900 Poco Way, Apt. 203 San Jose, CA 95116** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,248.00** |
| **Ander Castillo 2415 Pine Ave., Apt 503 Long Beach, CA 90803** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,270.00** |
| **Armando Martinez 869 Olive Ave South San Francisco, CA 94080** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,270.00** |
| **Atlas General Ins. Services, LLC 4365 Execution Drive, Ste 400 San Diego, CA 92121** | | **Workers Compensation Insurance Premium: 1. For Goods and Services Sold and Delivered 2. Account Stated 3. Open Bood Account 4. Breach of Contract** | **Contingent Unliquidated Disputed** | | | **$304,108.00** |
| **Chase P O Box 94014 Palatine, IL 60094-4014** | | **Business Credit Card** | | | | **$936.59** |
| **Evelia Adame 29596 Dixon St., Apt 51 Hayward, CA 94544** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,970.00** |
| **Gasper Raymundo 1405 Marshall Street Redwood City, CA 94063** | | **Non wage earner contracting employee receiving 1099** | | | | **$3,100.00** |

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gerardo Morales** **380 W Barbour, Apt.** **143** **Banning, CA 92220** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,400.00** |
| **Hugo Duarte** **617 W 17th Street** **San Bernardino, CA** **92405** | | **Non wage earner contracting employee receiving 1099** | | | | **$2,100.00** |
| **Internal Revenue** **Service** **300 N. Los Angeles** **Street** **Los Angeles, CA** **90012** | | **Proposed penalty amount for 2015 Income Tax Returns.** | | | | **$25,480.00** |
| **Javier Gonzalez** **2652 Del Rosa Ave.,** **Apt 131** **San Bernardino, CA** **92404** | | **Non wage earner contracting employee receiving 1099** | | | | **$2,430.00** |
| **Jorge Huerta** **393 Athol St., Ste 8** **San Bernardino, CA** **92401** | | **Non wage earner contracting employee receiving 1099** | | | | **$2,010.00** |
| **Lourdes Adame** **22584 Nevada Rd** **Hayward, CA 94541** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,430.00** |
| **Luis Arce** **393 Athol St., Ste 8** **San Bernardino, CA** **92401** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,200.00** |
| **Luis Lozoya** **485 B Street** **Hayward, CA 94545** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,250.00** |
| **Maria Prado** **218 W Washington** **San Bernardino, CA** **92411** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,400.00** |
| **Rancho Janitorial** **Supplies** **416 North Ninth** **Street** **Modesto, CA 95350** | | **Janitorial Supplies** | | | | **$12,591.78** |
| **Vernica Gonzalez** **393 Athol St., Ste 8** **San Bernardino, CA** **92401** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,500.00** |
| **Victor Camacho** **968 E. Olive Street** **San Bernardino, CA** **92410** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,100.00** |

Debtor    **Southern Pacific Janitorial Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Walter Ruiz**<br>**3674 Water Bary Ct.,**<br>**Apt 9**<br>**San Jose, CA 95117** | | **Non wage earner contracting employee receiving 1099** | | | | **$1,250.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

CORPORATE RESOLUTION OF SOUTHERN PACIFIC JANITORIAL GROUP, INC.
AUTHORIZING THE FILING OF A CHAPTER 11 BANKRUPTCY PETITION


WHEREAS, SOUTHERN PACIFIC JANITORIAL GROUP, INC. is not able to pay its debts as they come due; and

WHEREAS, SOUTHERN PACIFIC JANITORIAL GROUP, INC has authorized Almirante Perez to hire attorney Michael Jay Berger to prepare and file a Chapter 11 Bankruptcy Petition for and to have Mr. Berger prepare and sign any additional documents needed in connection with said bankruptcy filing; and

WHEREAS, The Company is unable to pay its debts as they come due, including but not limited to, the proposed class action lawsuit filed by Marcela Ramirez vs Southern Pacific Janitorial Group, Inc., DOES 1-20 inclusive, San Bernardino County Superior Court, Case No. CIVDS1715508 and the lawsuit filed by Atlas General Insurance Services LLC vs Southern Pacific Janitorial Group, Inc. and DOES 1-50 inclusive, San Bernardino County Superior Court Case No. CIVDS-1704093.

WHEREAS, Almirante Perez is the Chief Executive Officer and Chief Financial Officer of SOUTHERN PACIFIC JANITORIAL GROUP, INC.:

NOW, THEREFORE:

IT IS HEREBY RESOLVED by SOUTHERN PACIFIC JANITORIAL GROUP, INC., to file a Chapter 11 bankruptcy petition. Almirante Perez and Michael Jay Berger are specifically authorized to file said Chapter 11 petition on behalf of SOUTHERN PACIFIC JANITORIAL GROUP, INC.


Dated:                                          SOUTHERN PACIFIC JANITORIAL GROUP, INC

10-25-2017

                                                By: _____
                                                     Almirante Perez, President

# United States Bankruptcy Court
## Central District of California

In re    **Southern Pacific Janitorial Group, Inc.**             Case No. _____

                                   Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Almirante Perez**<br>**6060 Blythe Ave**<br>**Highland, CA 92346** | | | **50%** |
| **Mirian Garci**<br>**6060 Vlythe Ave**<br>**Highland, CA 92346** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 26, 2017** _____         Signature    **/s/ Almirante Perez, Preseident**

                                                                   **Almirante Perez, Preseident**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:   **October 26, 2017**

**/s/ Almirante Perez, Preseident**
**Almirante Perez, Preseident**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name     **Southern Pacific Janitorial Group, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.     *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $ _____ 84,395.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................   $ _____ 84,395.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 0.00

3.     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____ 80,899.50

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ 317,636.37

4.     Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b                                                                                      $ _____ 398,535.87

**Fill in this information to identify the case:**

Debtor name    **Southern Pacific Janitorial Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JP Morgan Chase Bank, N.A. | Business Checking Account | 3028 | $24,000.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$24,000.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Security deposit with Landlord | $500.00 |
|---|---|---|

9.    **Total of Part 2.**      **$500.00**
Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          **37,600.00**          -          **0.00**  = ....          **$37,600.00**

face amount                    doubtful or uncollectible accounts

---

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$37,600.00** |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Paper towels, buckets, brushes, trash bags, chemicals for cleaning, gloves, brushes, dusters, trash cans and other miscellaneous cleaning products** | | **$0.00** | | **$5,000.00** |

---

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| **$5,000.00** |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Southern Pacific Janitorial Group, Inc.**                                          Case number *(if known)* _____
      Name

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Two desks, computer, computer monitor, printer, file cabinets, couple of chairs, fax machine, copy machine** | **$0.00** | | **$3,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | |
|---|---|
| 43. **Total of Part 7.** <br> Add lines 39 through 42. Copy the total to line 86. | **$3,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2010 Ford E150 Super Cab** <br> **Milage 199704** | **$0.00** | **Comparable sale** | **$3,600.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(If known)* | |
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| (10) Mosquito Commercial vacuums | $0.00 | Comparable sale | $4,300.00 |
| (1)  Automatic Commercial Floor Scrubber | $0.00 | Comparable sale | $203.00 |
| (5) Mosquito - commercial vacuums | $0.00 | Comparable sale | $3,640.00 |
| 1 Propane BU - propane tank | $0.00 | Comparable sale | $480.00 |
| (1) Electric B - machinary | $0.00 | Comparable sale | $240.00 |
| (3) Viper Fang - buffer machines to use for cleaning floors | $0.00 | Comparable sale | $1,832.00 |

51. **Total of Part 8.** | $14,295.00 |
Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Southern Pacific Janitorial Group, Inc.**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $37,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $14,295.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $84,395.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92        $84,395.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Southern Pacific Janitorial Group, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Southern Pacific Janitorial Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,248.00 | $1,248.00 |

**2.1** Priority creditor's name and mailing address
**Alberto Lopez**
**1900 Poco Way, Apt. 203**
**San Jose, CA 95116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,248.00**   Priority amount **$1,248.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Almirante Perez**
**6060 Blythe Ave.**
**Highland, CA 92346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$2,400.00**   Priority amount **$2,400.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Wage earner**
**50% owner of the Corporation and the President**

Last 4 digits of account number **None**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| | **Ana Pichinte** | *Check all that apply.* |
| | **22242 S Garden Ave., Apt 42D** | ☐ Contingent |
| | **Hayward, CA 94541** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Non wage earner contracting employee receiving 1099** |
| **October 2017** | **For precaution** |

| Last 4 digits of account number **None** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$400.00** | **$400.00** |
|---|---|---|---|---|

| | **Anabel Martinez** | *Check all that apply.* |
| | **580 Andrew Avenue** | ☐ Contingent |
| | **San Jacinto, CA 92583** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Non wage earner contracting employee receiving 1099** |
| **October 2017** | |

| Last 4 digits of account number **None** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,270.00** | **$1,270.00** |
|---|---|---|---|---|

| | **Ander Castillo** | *Check all that apply.* |
| | **2415 Pine Ave., Apt 503** | ☐ Contingent |
| | **Long Beach, CA 90803** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Non wage earner contracting employee receiving 1099** |
| **October 2017** | |

| Last 4 digits of account number **None** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| | **Antonio Angeles** | *Check all that apply.* |
| | **8833 Mission Blvd., Apt. 27** | ☐ Contingent |
| | **Rosemead, CA 91770** | ☐ Unliquidated |
| | | ☐ Disputed |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Non wage earner contracting employee receiving 1099** |
| | **For precaution** |
| **October 2017** | |

| Last 4 digits of account number **None** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
| --- | --- | --- | --- | --- |

**Antonio Cabral**
**2219 Prone Street**
**Pinole, CA 94564**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Antonio Flores**
**25203 Belle Porte Ave. #6**
**Harbor City, CA 90710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Antonio Guzman**
**39609 Cholla Ct**
**Murrieta, CA 92563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.00 | $840.00 |
| --- | --- | --- | --- | --- |

**Antonio Tacan**
**1550 W 17th St**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,270.00 | $1,270.00 |
|---|---|---|---|---|

**Armando Martinez**
**869 Olive Ave**
**South San Francisco, CA 94080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 | $315.00 |
|---|---|---|---|---|

**Beatrice Escobedo**
**14954 Yucca Ave**
**Fontana, CA 92335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.50 | $220.50 |
|---|---|---|---|---|

**Benita Alvarado**
**393 Athol Street, Ste 8**
**San Bernardino, CA 92401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.50 | $220.50 |
|---|---|---|---|---|

**Benita M Alvarado**
**18388 Hawthorne Ave.**
**Bloomington, CA 92316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage earner**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $725.00 | $725.00 |
|---|---|---|---|---|

**Camila Rivera**
**627 San Juan Dr., #3**
**Sunnyvale, CA 94085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Candice Enriquez**
**1715 Cochran St., Apt. L**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $100.00 | $100.00 |
|---|---|---|---|---|

**Carolina Estrada**
**359 E 51st Street**
**Long Beach, CA 90805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $603.00 | $603.00 |
|---|---|---|---|---|

**Clara Hernandez**
**1215 D. st. Apt E. 102**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Claudia Figueroa**
**393 Athol Street, Ste 8**
**San Bernardino, CA 92401**

Date or dates debt was incurred

**October 2017**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non wage earner contracting employee
receiving 1099**

Is the claim subject to offset?
■ No
☐ Yes

$265.00    $265.00

---

**2.20** | Priority creditor's name and mailing address

**Claudia Garcia**
**2455 Pinion Springs**
**Bakersfield, CA 93309**

Date or dates debt was incurred

**October 2017**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non wage earner contracting employee
receiving 1099**

Is the claim subject to offset?
■ No
☐ Yes

$300.00    $300.00

---

**2.21** | Priority creditor's name and mailing address

**Claudio Maya**
**2050 Buttonwood Str.**
**Colton, CA 92324**

Date or dates debt was incurred

**October 2017**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non wage earner contracting employee
receiving 1099
For precaution**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

**2.22** | Priority creditor's name and mailing address

**Daniel Caraza**
**14064 Gain St**
**Pacoima, CA 91331**

Date or dates debt was incurred

**October 2017**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non wage earner contracting employee
receiving 1099
For precaution**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Southern Pacific Janitorial Group, Inc. | Case number *(if known)* | |
|--------|------------------------------------------|--------------------------|--|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address

**David Garcia**
**13140 Princeton Dr**
**Victorville, CA 92392**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

**Diana Nava**
**26525 Gading Rd., #12**
**Hayward, CA 94544**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$195.00** **$195.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**Diego Lari**
**431 Patricia Avenue**
**San Mateo, CA 94402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.00** **$600.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**Dominga Garcia**
**393 Athol St., Ste 8**
**San Bernardino, CA 92401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$472.50** **$472.50**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Southern Pacific Janitorial Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address

**Dominga Ruiz**
**393 Athol St., Ste 8**
**San Bernardino, CA 92401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$300.00** **$300.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address

**Edgardo Costaneda**
**32175 Pueble Trl**
**Cathedral City, CA 92234**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address

**Edith Andrade**
**9410 Felipe Ave.**
**Montclair, CA 91763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$620.00** **$620.00**

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address

**Edwin Hernandez**
**21339 Mackland Ave**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Effrain Oliveres**
**1317 S Pacific Ave**
**Santa Ana, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**June 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Elba Alisia Guzman**
**1954 S Park Ave., Apt 1**
**Pomona, CA 91766**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Elias Hernandez**
**12052 Llaguna St., Apt 3**
**Garden Grove, CA 92840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Elio Garcia**
**14654 Nord Hoss St, Apt 208**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $550.00 | $550.00 |
|---|---|---|---|---|
| | **Elizabeth Alvarez**<br>**26556 Chisholm Ct**<br>**Hayward, CA 94544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br><br>**October 2017** | Basis for the claim:<br>**Non wage earner contracting employee receiving 1099** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Elizabeth Mendez**<br>**485 B Street**<br>**Hayward, CA 94541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br><br>**October 2017** | Basis for the claim:<br>**Non wage earner contracting employee receiving 1099**<br>**For precaution** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $350.00 | $350.00 |
|---|---|---|---|---|
| | **Elsy Noemi Martinez**<br>**16700 Mary Gold Ave., Apt G101**<br>**Fontana, CA 92335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br><br>**October 2017** | Basis for the claim:<br>**Non wage earner contracting employee receiving 1099** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Erick Hernandez**<br>**39 Larkspor Avenue**<br>**Daly City, CA 94015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br><br>**October 2017** | Basis for the claim:<br>**Non wage earner contracting employee receiving 1099**<br>**For precaution** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Esmeralda Acuna**
**41915 Acacia Ave**
**Hemet, CA 92544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,970.00 | $1,970.00 |
|---|---|---|---|---|

**Evelia Adame**
**29596 Dixon St., Apt 51**
**Hayward, CA 94544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Evelia Moreno**
**26122 Baseline St, #14**
**Highland, CA 92346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non  wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $850.00 |
|---|---|---|---|---|

**Fabian Elias**
**450 E 4th St., No. 141**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Southern Pacific Janitorial Group, Inc.**                    Case number (if known) _____
          Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Felipe Villalta**
**17162 V Ceres Ave**
**Fontana, CA 92335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$283.50** | **$283.50** |

**Flora Mateos**
**3434 Gray Str.**
**San Bernardino, CA 92407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Franchise Tax Board**
**P.O. Box 942857**
**Sacramento, CA 94257-0511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015-2017**

Basis for the claim:
**Precaution Debt**

Last 4 digits of account number **2298**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Francisco Terrones**
**9095 Alder Ave**
**Fontana, CA 92335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Fredi Arial Avila**
**3434 Gray Street**
**San Bernardino, CA 92407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 | $819.00 |
|---|---|---|---|---|

**Gabriel Perez**
**393 Athol St., Ste 8**
**San Bernardino, CA 92401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Gabriela Rojas**
**1125 Madison Str**
**San Bernardino, CA 92411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,100.00 | $3,100.00 |
|---|---|---|---|---|

**Gasper Raymundo**
**1405 Marshall Street**
**Redwood City, CA 94063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor    **Southern Pacific Janitorial Group, Inc.**                Case number (if known)

Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |

**Gerardo Morales**
**380 W Barbour, Apt. 143**
**Banning, CA 92220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |

**Gisela Ramos**
**3611 Nevin Ave**
**Richmond, CA 94805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 | $650.00 |

**Gloria Espino**
**265 S 44th Street**
**San Bernardino, CA 92405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Gloria Martinez**
**1595 Detrit Ave., #203**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Graciela Salinas**
**185 13th Street, Apt. 4**
**Hayward, CA 94541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$540.00** | **$540.00** |
|---|---|---|---|---|

**Hector Alvarez**
**20920 Teton Rd**
**Apple Valley, CA 92308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Henry Lagunas**
**1322 Bella Street**
**San Bernardino, CA 92404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Hermillo Cortes**
**617 W 127st Street**
**San Bernardino, CA 92405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099 For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,100.00 | $2,100.00 |
|---|---|---|---|---|

**Hugo Duarte**
**617 W 17th Street**
**San Bernardino, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,480.00 | $25,480.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**300 N. Los Angeles Street**
**Los Angeles, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2015 Year**

Basis for the claim:
**Proposed penalty amount for 2015 Income Tax Returns.**

Last 4 digits of account number **2298**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Javier Cruz Santiago**
**1898 Genevieve Street**
**San Bernardino, CA 92405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,430.00 | $2,430.00 |
|---|---|---|---|---|

**Javier Gonzalez**
**2652 Del Rosa Ave., Apt 131**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Jesus Diaz**
**1334 N. Street, Apt. 14**
**San Bernardino, CA 92405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $550.00 | $550.00 |
|---|---|---|---|---|

**Jesus E Aispuro Prado**
**1787 Porter Str.**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Joanna Hernandez**
**1714 N. Arrowhead Ave**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $840.00 | $840.00 |
|---|---|---|---|---|

**Jorge A. Sipac**
**1144 E. Chevy chase Dr.**
**Glendale, CA 91205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Southern Pacific Janitorial Group, Inc.**
Name

Case number *(if known)*

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,010.00 | $2,010.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jorge Huerta
1209 79th ave
Oakland, CA 94621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jose Cervantez
1606 Evergreen Str., Apt A
Santa Ana, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099
For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Juan Carlos Franco
15276 Hallmark
Victorville, CA 92394**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099
For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Juan Chavez
2113 W 11 Street
Santa Ana, CA 92703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099
For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Southern Pacific Janitorial Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Juan Ramon Parra Landero**
**22631 Tennoco Str.**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Julio Garcia**
**2820 Nebraska Ave., Apt 3**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Julio Hernandez**
**101 Street, Apt. 4**
**Richmond, CA 94801-4000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.50 | $346.50 |
|---|---|---|---|---|

**Laura Diaz**
**28048 Marguerite Pky, Apt 48**
**Mission Viejo, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Southern Pacific Janitorial Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Leobaldo Apolinar**
**214 N. Urtiz Way**
**Anaheim, CA 92806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Leticia Gonzalez**
**450 East 4th St., Apt 419**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lidia Trejo**
**44845 Las Palmas #5**
**Palm Desert, CA 92260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.00 | $1,430.00 |
|---|---|---|---|---|

**Lourdes Adame**
**22584 Nevada Rd**
**Hayward, CA 94541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,200.00 | $1,200.00 |

**Luis Arce**
**3093 June st.**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |

**Luis Lozoya**
**485 B Street**
**Hayward, CA 94545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |

**Marcela Ramirez**
**c/o Sam Kim**
**Verum Law Group, APC**
**841 Apollo Street, Ste 340**
**El Segundo, CA 90245**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid and Overtime wages, proposed class action law suit is filed with Superior Court of California, County of San Bernardino**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Maria De Jesus Moreno**
**31371 Los Rios**
**San Juan Capistrano, CA 92675**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Southern Pacific Janitorial Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria Orozco**
**1434 47th Ave**
**Oakland, CA 94601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**Maria Prado**
**218 W Washington**
**San Bernardino, CA 92411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria Rodriguez**
**16735 Sunset Dr**
**Victorville, CA 92395**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**MariaCesan Estrada**
**243 N. Meridian Ave., Spc 68**
**San Bernardino, CA 92410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.87** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Mariela Martinez**
**2122 Main Str., #1**
**Santa Clara, CA 95050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$500.00** | **$500.00**

**Martin Hernandez**
**1748 Paseo Laguna Seco, Apt 130**
**Livermore, CA 94550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Martin Medina Allendelagua**
**47 Leighton Rd**
**Ventura, CA 93001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$650.00** | **$650.00**

**Martina Villalobos**
**2919 Street**
**Danville, CA 94506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Southern Pacific Janitorial Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Max Chinola**
**282 Zenith Str., Unit 7**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | $920.00 |

**Mayra Medina**
**25185 Oaleppo**
**Moreno Valley, CA 92553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Miriam Valentin**
**10851 Palma Cista, Apt 5**
**Garden Grove, CA 92840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee**
**receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |

**Mirian Garcia**
**6060 Blythe Ave.**
**Highland, CA 92346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Wage earner**
**50% owner of the Corporation and the President**

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mirian Moreno**
**101 St, Apt 14**
**Richmond, CA 94801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Monica Montelongo**
**12661 Pierce Street, Apt. 203**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 | $290.00 |
|---|---|---|---|---|

**Nadia Padreza**
**36920 Elm St., #A**
**Newark, CA 94560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**Norma Rios**
**21468 Kenney St**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Ociel Ojeda**
**294 Templeton Ave**
**Daly City, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oscar Mendez**
**696 w 20th Street**
**San Bernardino, CA 92407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oscar Perez**
**17220 Barbee St., Apt. A**
**Fontana, CA 92335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |

**Pedro Carranza**
**14 Pcific Street**
**Bakersfield, CA 93305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**2.103**

Priority creditor's name and mailing address

**Pedro Hernandez**
**24827 Brodiaea Ave**
**Moreno Valley, CA 92553**

As of the petition filing date, the claim is:     **$378.00**     **$378.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.104**

Priority creditor's name and mailing address

**Rafael Reymundo**
**1405 Marshall Street**
**Redwood City, CA 94063**

As of the petition filing date, the claim is:     **$730.00**     **$730.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.105**

Priority creditor's name and mailing address

**Ramon Parra**
**22631 Temco Str., Apt. 3**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:     **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.106**

Priority creditor's name and mailing address

**Raul Cervantes**
**37010 Bankside, Apt.11**
**Cathedral City, CA 92234**

As of the petition filing date, the claim is:     **$805.50**     **$805.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.00 | $588.00 |
|---|---|---|---|---|

**Roberto Lopez**
**15935 Serrano**
**Apple Valley, CA 92307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Rosa Claro**
**9059 Alder Ave**
**Fontana, CA 92335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**
**For precaution**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Rosa Martha Quintero**
**2500 Edwards Ave., Apt 1**
**South El Monte, CA 91733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**Rosalba Millan**
**12502 Harris Ave., Apt. B**
**Lynwood, CA 90262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Southern Pacific Janitorial Group, Inc.**    Case number (if known) _____
_____ Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 | $550.00 |
|---|---|---|---|---|

**Roxana Ruiz**
**2947 Remington Way**
**San Jose, CA 95148**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Silvia Vazquez**
**1140 W 9th St, Apt. 2**
**San Bernardino, CA 92411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 | $650.00 |
|---|---|---|---|---|

**Susana Ramirez Razo**
**101 St, Apt 3**
**Richmond, CA 94801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**Tito Marin**
**1340 Belle Street**
**San Bernardino, CA 92404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Vernica Gonzalez**
**1511 Newborough Dr.**
**Sacramento, CA 95833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $650.00 | $650.00 |
|---|---|---|---|---|

**Veronica Ibanez**
**33517 10th Street**
**Union City, CA 94587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.50 | $367.50 |
|---|---|---|---|---|

**Veronica V Coronado**
**16776 San Jacinto Ave., Apt. 32**
**Fontana, CA 92336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**October 2017**

Basis for the claim:
**Wage Earner**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

**Victor Camacho**
**968 E. Olive Street**
**San Bernardino, CA 92410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Southern Pacific Janitorial Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Victor Martinez**
**10816 Magnolia st.**
**Bloomington, CA 92316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Walter Ruiz**
**3674 Water Bary Ct., Apt 9**
**San Jose, CA 95117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**October 2017**

Basis for the claim:
**Non wage earner contracting employee receiving 1099**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304,108.00 |
|---|---|---|---|

**Atlas General Ins. Services, LLC**
**4365 Execution Drive, Ste 400**
**San Diego, CA 92121**

Date(s) debt was incurred **4/2015 to 4/2016**

Last 4 digits of account number **9400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Workers Compensation Insurance Premium:**
**1. For Goods and Services Sold and Delivered**
**2. Account Stated**
**3. Open Bood Account**
**4. Breach of Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $936.59 |
|---|---|---|---|

**Chase**
**P O Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred **August 2017**

Last 4 digits of account number **0249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,591.78 |
|---|---|---|---|

**Rancho Janitorial Supplies**
**416 North Ninth Street**
**Modesto, CA 95350**

Date(s) debt was incurred _

Last 4 digits of account number **5059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Janitorial Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southern Pacific Janitorial Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony Choe**<br>**Law Offices of Anthony Choe**<br>**3700 Wilshire Blvd., Ste 260**<br>**Los Angeles, CA 90010** | Line **2.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Calif.Labor & Workforce Development**<br>**Attn:  PAGA Administrator**<br>**1515 Clay Street, Ste 801**<br>**Oakland, CA 94612** | Line **2.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Natalia A Minassian**<br>**Hatkoff & Minassian, A Law Corporat**<br>**18757 Burbank Blvd., Suite 100**<br>**Tarzana, CA 91356** | Line **3.1**<br><br>☐ Not listed. Explain ____ | **6519** |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  **80,899.50** |
| 5b. Total claims from Part 2 | 5b.  +  $ | **317,636.37** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | **398,535.87** |

**Fill in this information to identify the case:**

Debtor name  **Southern Pacific Janitorial Group, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>**Debtor is Lessee Month to month rental agreement, which does not include electricity. Monthly rent: $875.00** | |
|         State the term remaining<br><br>List the contract number of any government contract   _____ | **Michal Kamran/ Office Landlord 13700 Alton Parkway Irvine, CA 92618** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Southern Pacific Janitorial Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City          State          Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __**Southern Pacific Janitorial Group, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,422,000.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$3,896,887.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$991,956.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Southern Pacific Janitorial Group, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Marcela Ramirez vs Southern Pacific Janitorial Group, Inc., DOES 1-20 inclusive CIVDS1715508** | **Proposed Civil - Class Action** | **Superior Court of CA, County of San Bernardino 247 West 3rd Street San Bernardino, CA 92415-0210** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Atlas General Insurance Services LLC vs Southern Pacific Janitorial Group, Inc. and DOES 1 through 50, inclusive CIVDS-1704093** | **Civil** | **Superior Court of California, County of San Bernardino 247 West 3rd Street San Bernardino, CA 92415** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Southern Pacific Janitorial Group, Inc.**                                    Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 9/22/17 - $10,000.00 Legal Fees 9/22/17 - $1,717.00 Filing Fee 10/20/17 - $10,000 Legal Fees | |
| | **Law Offices of Michael Jay Berger 9454 Wilshire Boulevard, 6th floor Beverly Hills, CA 90212** | Attorney Fees | | $20,000.00 |
| | Email or website address **michael.berger@bankruptcypower.com** | | | |
| | Who made the payment, if not debtor? **Gifted by family members of Debtor's CEO, Almirante Perez** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Southern Pacific Janitorial Group, Inc.**                    Case number *(if known)* _____

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
case.

Debtor   **Southern Pacific Janitorial Group, Inc.**                                      Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | **Southern Pacific Janitorial Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Golden Eagle Consulting Svcs Inc.**<br>**325 W Hospitality Ln, Ste 209**<br>**San Bernardino, CA 92408** | **2015 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Southern Pacific Janitorial Group, Inc.**                         Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**October 26, 2017**__

__/s/ Almirante Perez, Preseident__                    __Almirante Perez, Preseident__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re  **Southern Pacific Janitorial Group, Inc.**

Case No. _____

Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **$10,000 gifted by family members of Debtor's CEO, Almirante Perez**

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 26, 2017**

*Date*

**/s/ Michael Jay Berger**

**Michael Jay Berger**
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

*Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br><br>California State Bar Number: **100291** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Southern Pacific Janitorial Group, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __17__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 26, 2017** _____

Date: _____

Date: **October 26, 2017** _____

**/s/ Almirante Perez, Preseident**
Signature of Debtor 1

Signature of Debtor 2 (joint debtor) ) (if applicable)

**/s/ Michael Jay Berger**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**

Southern Pacific Janitorial Group, Inc.
393 Athol St, Suite 8
San Bernardino, CA 92401


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Alberto Lopez
1900 Poco Way, Apt. 203
San Jose, CA 95116


Almirante Perez
6060 Blythe Ave.
Highland, CA 92346


Ana Pichinte
22242 S Garden Ave., Apt 42D
Hayward, CA 94541


Anabel Martinez
580 Andrew Avenue
San Jacinto, CA 92583


Ander Castillo
2415 Pine Ave., Apt 503
Long Beach, CA 90803


Anthony Choe
Law Offices of Anthony Choe
3700 Wilshire Blvd., Ste 260
Los Angeles, CA 90010

Antonio Angeles
8833 Mission Blvd., Apt. 27
Rosemead, CA 91770


Antonio Cabral
2219 Prone Street
Pinole, CA 94564


Antonio Flores
25203 Belle Porte Ave. #6
Harbor City, CA 90710


Antonio Guzman
39609 Cholla Ct
Murrieta, CA 92563


Antonio Tacan
1550 W 17th St
Los Angeles, CA 90006


Armando Martinez
869 Olive Ave
South San Francisco, CA 94080


Atlas General Ins. Services, LLC
4365 Execution Drive, Ste 400
San Diego, CA 92121


Beatrice Escobedo
14954 Yucca Ave
Fontana, CA 92335

Benita Alvarado
393 Athol Street, Ste 8
San Bernardino, CA 92401


Benita M Alvarado
18388 Hawthorne Ave.
Bloomington, CA 92316


Calif.Labor & Workforce Development
Attn:  PAGA Administrator
1515 Clay Street, Ste 801
Oakland, CA 94612


Camila Rivera
627 San Juan Dr., #3
Sunnyvale, CA 94085


Candice Enriquez
1715 Cochran St., Apt. L
Simi Valley, CA 93065


Carolina Estrada
359 E 51st Street
Long Beach, CA 90805


Chase
P O Box 94014
Palatine, IL 60094-4014


Clara Hernandez
1215 D. st. Apt E. 102
Corona, CA 92882

Claudia Figueroa
393 Athol Street, Ste 8
San Bernardino, CA 92401


Claudia Garcia
2455 Pinion Springs
Bakersfield, CA 93309


Claudio Maya
2050 Buttonwood Str.
Colton, CA 92324


Daniel Caraza
14064 Gain St
Pacoima, CA 91331


David Garcia
13140 Princeton Dr
Victorville, CA 92392


Diana Nava
26525 Gading Rd., #12
Hayward, CA 94544


Diego Lari
431 Patricia Avenue
San Mateo, CA 94402


Dominga Garcia
393 Athol St., Ste 8
San Bernardino, CA 92401

Dominga Ruiz
393 Athol St., Ste 8
San Bernardino, CA 92401


Edgardo Costaneda
32175 Pueble Trl
Cathedral City, CA 92234


Edith Andrade
9410 Felipe Ave.
Montclair, CA 91763


Edwin Hernandez
21339 Mackland Ave
Hayward, CA 94541


Effrain Oliveres
1317 S Pacific Ave
Santa Ana, CA 92704


Elba Alisia Guzman
1954 S Park Ave., Apt 1
Pomona, CA 91766


Elias Hernandez
12052 Llaguna St., Apt 3
Garden Grove, CA 92840


Elio Garcia
14654 Nord Hoss St, Apt 208
Panorama City, CA 91402

Elizabeth Alvarez
26556 Chisholm Ct
Hayward, CA 94544


Elizabeth Mendez
485 B Street
Hayward, CA 94541


Elsy Noemi Martinez
16700 Mary Gold Ave., Apt G101
Fontana, CA 92335


Erick Hernandez
39 Larkspor Avenue
Daly City, CA 94015


Esmeralda Acuna
41915 Acacia Ave
Hemet, CA 92544


Evelia Adame
29596 Dixon St., Apt 51
Hayward, CA 94544


Evelia Moreno
26122 Baseline St, #14
Highland, CA 92346


Fabian Elias
450 E 4th St., No. 141
Santa Ana, CA 92701

Felipe Villalta
17162 V Ceres Ave
Fontana, CA 92335


Flora Mateos
3434 Gray Str.
San Bernardino, CA 92407


Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511


Francisco Terrones
9095 Alder Ave
Fontana, CA 92335


Fredi Arial Avila
3434 Gray Street
San Bernardino, CA 92407


Gabriel Perez
393 Athol St., Ste 8
San Bernardino, CA 92401


Gabriela Rojas
1125 Madison Str
San Bernardino, CA 92411


Gasper Raymundo
1405 Marshall Street
Redwood City, CA 94063

Gerardo Morales
380 W Barbour, Apt. 143
Banning, CA 92220


Gisela Ramos
3611 Nevin Ave
Richmond, CA 94805


Gloria Espino
265 S 44th Street
San Bernardino, CA 92405


Gloria Martinez
1595 Detrit Ave., #203
Concord, CA 94520


Graciela Salinas
185 13th Street, Apt. 4
Hayward, CA 94541


Hector Alvarez
20920 Teton Rd
Apple Valley, CA 92308


Henry Lagunas
1322 Bella Street
San Bernardino, CA 92404


Hermillo Cortes
617 W 127st Street
San Bernardino, CA 92405

Hugo Duarte
617 W 17th Street
San Bernardino, CA 92405

Internal Revenue Service
300 N. Los Angeles Street
Los Angeles, CA 90012

Javier Cruz Santiago
1898 Genevieve Street
San Bernardino, CA 92405

Javier Gonzalez
2652 Del Rosa Ave., Apt 131
San Bernardino, CA 92404

Jesus Diaz
1334 N. Street, Apt. 14
San Bernardino, CA 92405

Jesus E Aispuro Prado
1787 Porter Str.
San Bernardino, CA 92407

Joanna Hernandez
1714 N. Arrowhead Ave
Rialto, CA 92376

Jorge A. Sipac
1144 E. Chevy chase Dr.
Glendale, CA 91205

Jorge Huerta
1209 79th ave
Oakland, CA 94621


Jose Cervantez
1606 Evergreen Str., Apt A
Santa Ana, CA 92707


Juan Carlos Franco
15276 Hallmark
Victorville, CA 92394


Juan Chavez
2113 W 11 Street
Santa Ana, CA 92703


Juan Ramon Parra Landero
22631 Tennoco Str.
Moreno Valley, CA 92553


Julio Garcia
2820 Nebraska Ave., Apt 3
South Gate, CA 90280


Julio Hernandez
101 Street, Apt. 4
Richmond, CA 94801-4000


Laura Diaz
28048 Marguerite Pky, Apt 48
Mission Viejo, CA 92692

Leobaldo Apolinar
214 N. Urtiz Way
Anaheim, CA 92806


Leticia Gonzalez
450 East 4th St., Apt 419
Santa Ana, CA 92701


Lidia Trejo
44845 Las Palmas #5
Palm Desert, CA 92260


Lourdes Adame
22584 Nevada Rd
Hayward, CA 94541


Luis Arce
3093 June st.
San Bernardino, CA 92407


Luis Lozoya
485 B Street
Hayward, CA 94545


Marcela Ramirez
c/o Sam Kim
Verum Law Group, APC
841 Apollo Street, Ste 340
El Segundo, CA 90245


Maria De Jesus Moreno
31371 Los Rios
San Juan Capistrano, CA 92675

Maria Orozco
1434 47th Ave
Oakland, CA 94601


Maria Prado
218 W Washington
San Bernardino, CA 92411


Maria Rodriguez
16735 Sunset Dr
Victorville, CA 92395


MariaCesan Estrada
243 N. Meridian Ave., Spc 68
San Bernardino, CA 92410


Mariela Martinez
2122 Main Str., #1
Santa Clara, CA 95050


Martin Hernandez
1748 Paseo Laguna Seco, Apt 130
Livermore, CA 94550


Martin Medina Allendelagua
47 Leighton Rd
Ventura, CA 93001


Martina Villalobos
2919 Street
Danville, CA 94506

Max Chinola
282 Zenith Str., Unit 7
Chula Vista, CA 91911


Mayra Medina
25185 Oaleppo
Moreno Valley, CA 92553


Michal Kamran/ Office Landlord
13700 Alton Parkway
Irvine, CA 92618


Miriam Valentin
10851 Palma Cista, Apt 5
Garden Grove, CA 92840


Mirian Garcia
6060 Blythe Ave.
Highland, CA 92346


Mirian Moreno
101 St, Apt 14
Richmond, CA 94801


Monica Montelongo
12661 Pierce Street, Apt. 203
Pacoima, CA 91331


Nadia Padreza
36920 Elm St., #A
Newark, CA 94560

Natalia A Minassian
Hatkoff & Minassian, A Law Corporat
18757 Burbank Blvd., Suite 100
Tarzana, CA 91356


Norma Rios
21468 Kenney St
Perris, CA 92570


Ociel Ojeda
294 Templeton Ave
Daly City, CA 94014


Oscar Mendez
696 w 20th Street
San Bernardino, CA 92407


Oscar Perez
17220 Barbee St., Apt. A
Fontana, CA 92335


Pedro Carranza
14 Pcific Street
Bakersfield, CA 93305


Pedro Hernandez
24827 Brodiaea Ave
Moreno Valley, CA 92553


Rafael Reymundo
1405 Marshall Street
Redwood City, CA 94063

Ramon Parra
22631 Temco Str., Apt. 3
Garden Grove, CA 92840


Rancho Janitorial Supplies
416 North Ninth Street
Modesto, CA 95350


Raul Cervantes
37010 Bankside, Apt.11
Cathedral City, CA 92234


Roberto Lopez
15935 Serrano
Apple Valley, CA 92307


Rosa Claro
9059 Alder Ave
Fontana, CA 92335


Rosa Martha Quintero
2500 Edwards Ave., Apt 1
South El Monte, CA 91733


Rosalba Millan
12502 Harris Ave., Apt. B
Lynwood, CA 90262


Roxana Ruiz
2947 Remington Way
San Jose, CA 95148

Silvia Vazquez
1140 W 9th St, Apt. 2
San Bernardino, CA 92411


Susana Ramirez Razo
101 St, Apt 3
Richmond, CA 94801


Tito Marin
1340 Belle Street
San Bernardino, CA 92404


Vernica Gonzalez
1511 Newborough Dr.
Sacramento, CA 95833


Veronica Ibanez
33517 10th Street
Union City, CA 94587


Veronica V Coronado
16776 San Jacinto Ave., Apt. 32
Fontana, CA 92336


Victor Camacho
968 E. Olive Street
San Bernardino, CA 92410


Victor Martinez
10816 Magnolia st.
Bloomington, CA 92316

Walter Ruiz
3674 Water Bary Ct., Apt 9
San Jose, CA 95117

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291**<br>**michael.berger@bankruptcypower.com** | FOR COURT USE ONLY |
| ☑ *Attorney for: Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Southern Pacific Janitorial Group, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    **11**

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Michael Jay Berger**                                          , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

           ☐ I am the president or other officer or an authorized agent of the Debtor corporation

           ☐ I am a party to an adversary proceeding

           ☐ I am a party to a contested matter

           ☑ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

           *[For additional names, attach an addendum to this form.]*

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    By:  /s/ Michael Jay Berger
Date                                  Signature of Debtor, or attorney for Debtor

                                 Name:   **Michael Jay Berger**
                                         Printed name of Debtor, or attorney for
                                         Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                        **F 1007-4.CORP.OWNERSHIP.STMT**