Alan C. Hochheiser, Esq. #OH 0041222
MAURICE WUTSCHER LLP
2000 Auburn Drive, Suite 200
One Chagrin Highlands
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510

Counsel for AmTrust North America, Inc. on behalf of
Republic Underwriters Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)**

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
|  | ) |  |
| SOUTHERN PACIFIC JANITORIAL GROUP, INC. | ) | Case No. 6:17-bk-18926-SC |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |
|  | ) |  |

**REQUEST FOR SPECIAL NOTICE AND NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned

cases on behalf of AmTrust North America, Inc. on behalf of Republic Underwriters Insurance

Company (the "**Appearing Party**") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules

of Bankruptcy Procedures (the "**Bankruptcy Rules**"), and requests that all notices given or

required to be given in the above-captioned cases and all papers served in the above-captioned

cases (including, but not limited to, all papers filed and served in all adversary proceedings,

contested matters and other proceedings in the above-captioned cases, and all notices mailed only

to parties in interest who filed with the Court a request that all notices be mailed to them) be given

to and served upon:

MAURICE WUTSCHER LLP
Alan C. Hochheiser, Esq.
2000 Auburn Drive, Suite 200
One Chagrin Highlands
Beachwood, OH 44122
Telephone: (216) 220-1129
Facsimile: (216) 472-8510
Email: ahochheiser@mauriewutscher.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, email, or otherwise, that affect, or may potentially affect, the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consents to e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any of its rights, including: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case,

controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the

District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other

rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may

be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses,

set-offs, and recoupments the Appearing Party expressly reserves.


Dated: Beachwood, OH
     January 9, 2018                      Respectfully submitted,

                                  MAURICE WUTSCHER LLP


By:   /s/ Alan C. Hochheiser
       Alan C. Hochheiser (#OH 0041222)
       ahochheiser@mauricewutscher.com
       2000 Auburn Drive, Suite 200
       One Chagrin Highlands
       Beachwood, OH 44122
       Telephone: (216) 220-1129
       Facsimile: (216) 472-8510

       Counsel for AmTrust North America, Inc.
       On behalf of Republic Underwriters
       Insurance Company